394

COM.

v.

FRANK, R.

1662 MDA 2016

Superior Court of Pennsylvania.

07/18/2017

CP–21–CR–0002091–2009, CP–21–CR–0002094–2009 (Cumberland)

Affirmed

COM.

v.

MONTGOMERY, J.

1785 MDA 2016

Superior Court of Pennsylvania.

07/18/2017

CP–67–CR–0008016–2015 (York)

Affirmed

REESE, C.

v.

TYLER, P.

1769 MDA 2016

Superior Court of Pennsylvania.

07/18/2017

CV–2015–001766–CV (Lycoming)

Affirmed

COM.

v.

PEREZ, P.

1800 MDA 2016

Superior Court of Pennsylvania.

07/18/2017

CP–06–CR–0001073–1997 (Berks)

Affirmed